JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUPE BUSIO VALENCIA,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WARDEN ELISEO RICOLCOL,<br><br>　　　Respondent. | No. ED CV 25-214-AH(E)<br><br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: JUNE 6, 2025.

_____
ANNE HWANG
UNITED STATES DISTRICT JUDGE